**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6233

RODNEY E. COBBS,

Plaintiff - Appellant,

v.

HELEN DENISE PRATT; TYISHA SELLARS; CARDIELLEA BARKSDALE; TIMOTHY NOONAN; TONYA REYNOLDS; CORPORAL MEARES; RACHEL PERRY; SAVANNAH HILL SPENCE; JEANNIE BERQ; SHARONDA BENNETT; JAMES VAUGHAN; DEBORA CETTLE; ARIKA SIDBURY; MARGARET A. HUTZENBILER; JACOB ZENTER; KIM BREEDEN; ROBERT THOMAS; RONALD KNOPF; REBECCA SIXTO; ERIC LIPPERT; EMILY G. LANKLER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-ct-03165-M-RJ)

Submitted:  July 24, 2025                          Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodney E. Cobbs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney E. Cobbs appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Cobbs v. Pratt*, No. 5:24-ct-03165-M-RJ (E.D.N.C. Mar. 17, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*